# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JOHN M. BENSON,

          Plaintiff,

-v-

CRANESVILLE BLOCK COMPANY, INC.,

          Defendant.

Case No. 08-CV-1481(CLB)(L

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cranesville Block Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Defendant Cranesville Block Company, Inc., its parents, affiliates, and/or subsidiaries are all privately held companies.

**Date:** March 13, 2008

/s/

**Signature of Attorney**
Walter G. Breakell

**Attorney Bar Code:** 301080