Index # 08 civ. 1481
Purchased/Filed: February 13, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York　　　　U. S. District Court　　　　Southern Dist. County

John Benson　　　　　　　　　　　　　　　　　　　Plaintiff

against

Cranevill Block Company, Inc.　　　　　　　　　　Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**　　Approx. Age: 45 Yrs.

Weight: 120 Lbs.　Height: 5' 0"　Sex: Female　Color of skin: White

Hair color: Brown　Other: _____

__Robin Brandow__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __February 22, 2008__, at __1:45pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons, Complaint, Indiv. Judges Rules and Instructions for Electronic Filing__ on __Cranevill Block Company, Inc. aka Cranesville Block Co., Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

__22nd__ day of __February, 2008__

_(signature)_
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_(signature)_
Robin Brandow

Invoice•Work Order # 0803470